THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MING-QIANG WANG, | CASE NO. C20-0673-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for summary judgment (Dkt. No. 13). Based on the parties' briefing in this matter, and finding oral argument unnecessary, the Court concludes as follows:

- The appropriate mechanism for resolution of this matter is by judgment pursuant to Federal Rule of Civil Procedure 52(a); and

- The record before the Court, including the extra-record evidence already provided by the parties, is sufficient for the Court to enter final judgment in Plaintiff's favor.

Accordingly, Plaintiff is ORDERED to submit to the Court proposed findings of fact and conclusions of law not to exceed eight (8) pages by February 5, 2021. Plaintiff may concurrently

MINUTE ORDER
C20-0673-JCC
PAGE - 1

move for attorney fees or file a separate motion for fees, which should include supporting information. The Clerk is DIRECTED to renote Plaintiff's motion for summary judgment (Dkt. No. 13) to February 5, 2021.

DATED this 25th day of January 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-0673-JCC
PAGE - 2