THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MING-QIANG WANG,<br><br>            Plaintiff,<br><br>    v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>            Defendant. | CASE NO. C20-0673-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay proceedings (Dkt. No. 23). The parties inform the Court that they have agreed on a settlement, which is pending the finalization of settlement paperwork. (*Id.*) The parties jointly request that this matter be stayed pending the filing of a stipulation of dismissal. (*Id.*) The motion is GRANTED. All deadlines are STAYED in this matter.

DATED this 5th day of January 2021.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk